IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09 CV 202

| | |
|---|---|
| KENNETH P. BAKER, ) | |
| Plaintiff ) | |
| V ) | **ORDER** |
| KIMBERLY-CLARK CORPORATION, ) | |
| Defendant ) | |

**THIS MATTER** is before the court on Kevin P. Kopp's Application for Admission to Practice *Pro Hac Vice* of Robyn W. Farmer. It appearing that Robyn W. Farmer is a member in good standing with the Georgia Bar and will be appearing with Kevin P. Kopp, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Kevin P. Kopp's Application for Admission to Practice *Pro Hac Vice* (#5) of Robyn W. Farmer is **GRANTED**, and that Robyn W. Farmer is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Kevin P. Kopp.

Signed: July 28, 2009

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge