**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**CIVIL CASE NO. 1:09cv202**

| | | |
|---|---|---|
| **KENNETH P. BAKER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **KIMBERLY-CLARK CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Mediator's report [Doc. 19] advising that this case has settled.

The Court will allow the parties until on or before **April 20, 2010** to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal on or before **April 20, 2010**.

Signed: March 22, 2010

Martin Reidinger
United States District Judge